```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF GEORGIA
                     COLUMBUS DIVISION
```

WAYMAN L. PRICE,                       *

     Plaintiff                    *

vs.                                    *
                                        CASE NO. 4:11-CV-35 (CDL)
RANDOLPH COUNTY PROBATION              *
OFFICE and SCOTT TAYLOR,
                                 *

     Defendants
_____        *

## ORDER ON RECOMMENDATION OF DISMISSAL

    This matter is before the Court pursuant to a Recommendation of Dismissal by the United States Magistrate Judge entered on June 30, 2011. No objection has been filed to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

    IT IS SO ORDERED, this 26th day of August, 2011.

                                                 s/Clay D. Land
                                                 CLAY D. LAND
                                                 UNITED STATES DISTRICT JUDGE